

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2021

No. 04-21-00303-CV

**IN THE INTEREST OF A.N.L, G.R.L., P.M.L., R.A.J., A.A.J., L.C.R., J.E.R., AND C.J.R., CHILDREN**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01830
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

Appellant's third motion for an extension of time to file her brief is GRANTED. Appellant's brief was filed on **October 5, 2021**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court